**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVALYN ANA MENDOZA,<br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,[1]<br>Defendant | Case No. 1:24-cv-01529 JLT SKO<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT BE DENIED AND THE FINAL DECISION OF THE COMMISSIONER OF SOCIAL SECURITY BE AFFIRMED<br><br>(Docs. 12, 17) |

Evalyn Ana Mendoza filed a complaint under 42 U.S.C. § 405(g) seeking judicial review of a final decision of the Commissioner of Social Security denying her application for disability insurance benefits under the Social Security Act. (Doc. 1.)

On June 4, 2026, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's motion for summary judgment be denied and that the final decision of the Commissioner be affirmed. (Doc. 17.) The magistrate judge recommended that the decision be affirmed because the ALJ adopted limitations in the residual functional capacity to account for the opined assessments and properly relied on evidence in the record that undermined the credibility of Plaintiff's allegations of disabling symptoms and limitations. (*See id.*)

---

[1] On May 6, 2025, Frank Bisignano was appointed the Commissioner of the Social Security Administration. *See* https://www.ssa.gov/news/press/releases/2025/#2025-05-07. The Court substitutes him as the defendant in this action. *See* 42 U.S.C. § 405(g) (referring to the "Commissioner's Answer"); 20 C.F.R. § 422.210(d) ("the person holding the Office of the Commissioner shall, in his official capacity, be the proper defendant").

The Court granted the parties 14 days from the date of service to file objections to the recommendations of the magistrate judge. (Doc. 17 at 19.) The Court advised the parties "that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 834 (9th Cir. 2014)). On June 18, 2026, Plaintiff timely filed objections. (Doc. 18.)

This Court conducted a de novo review of the case. Having carefully reviewed the matter, including Plaintiff's objections, the Court finds the findings and recommendations are supported by the record and proper analysis. Based upon the foregoing, the Court **ORDERS**:

1. The findings and recommendations filed June 4, 2026 (Doc. 17) are **ADOPTED IN FULL**.
2. Plaintiff's motion for summary judgment (Doc. 12) is **DENIED.**
3. The final decision of the Commissioner of Social Security is **AFFIRMED**.
4. The Clerk of the Court is **DIRECTED** to enter judgment in favor of Defendant Frank Bisignano, Commissioner of Social Security, and against Plaintiff Evalyn Ana Mendoza, and to **CLOSE** this action.

IT IS SO ORDERED.

Dated: July 24, 2026

[signature: Jennifer L. Thurston]
UNITED STATES DISTRICT JUDGE